No. 1207, Misc. OUTEN *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied.

No. 693, Misc. WHEELDIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley, George B. Searls* and *Lee B. Anderson* for the United States.

No. 1133, Misc. MURGIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 740, Misc. MILES *v.* SETTLE, WARDEN. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied without prejudice to another application under 28 U. S. C. § 2255 to the appropriate District Court, which application should be considered on its merits and not as a successive application. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 825, Misc. WIGFALL *v.* ELLIS, CORRECTIONS DIRECTOR. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Riley Eugene Fletcher, B. H. Timmins, Jr.* and *Sam R. Wilson,* Assistant Attorneys General, for respondent.